IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| vs. | * | Criminal No. 11-00120-KD |
| | * | |
| JASON PAUL DAVIS | * | |
| | * | |

## GOVERNMENT'S POSITION RELATING TO THE
## PRESENTENCE INVESTIGATION REPORT AND GUIDELINE FACTORS

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and responds as follows to the presentence investigation report and guideline factors and calculations contained therein:

The United States has no objection to the presentence investigation report filed herein and adopts the application and determination of sentencing factors and the guidelines calculations contained therein.

WHEREFORE, the Government files its response to the presentence investigation report and the guideline computations contained therein.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: *s/Adam W. Overstreet*
Adam W. Overstreet (OVERA9883)
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Facsimile: (251) 441-5051
E-mail: adam.overstreet@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for defendant, and U.S. Probation Officer Marc Seibert.

              *s/Adam W. Overstreet*
              Adam W. Overstreet
              Assistant United States Attorney