# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal Nos.: CR-11-00120-001 |
| | | CR-11-00219-001 |
| JASON PAUL DAVIS, | * | (Rule 20) |
| Defendant. | * | |

## POSITION OF DEFENDANT
## WITH RESPECT TO SENTENCING FACTORS

Comes now the Defendant, JASON PAUL DAVIS, by and through his attorney, Paul D. Brown, pursuant to the Court's Standing Order of December 23, 2003, and the provisions of Rule 32(c)(3)(D) Fed. R. Crim. P. and states as follows with respect to the Presentence Investigation Report, as follows:

1. The Defendant objects to the application of the Career Offender provision as suggested by the Probation Office in paragraph 44 in the Presentence Investigation Report.

2. Title 18 U.S.C. § 3553(a) requires a sentencing court to impose a sentence sufficient but not greater than necessary.

United States of America v. Jason Paul Davis
Position of Defendant with Respect to Sentencing Factors
Page 1 of 4

3. The defendant respectfully requests that this Honorable Court to determine Jason should be classified as a Career Offender. The Defendant respectfully requests the Court to consider pursuant to 18 U.S.C. § 3553(a)(2)(D) the nature and circumstances of the present offense, the history and characteristics of the Defendant. The Defendant respectfully submits to the Court that each of the prior convictions used to establish the career offender did not involve violence.

4. The Sentencing Commission intended that the Sentencing Court exercise discretion in determining the appropriateness of categorizing a defendant as a Career Offender and expected that the Sentencing Court would reduce a defendant's range of punishment if the Career Offender designation was misplaced. The Defendant submitts that the Career Offender provision is misplaced in this case.

5. Jason Davis is an addict who has suffered from his addiction most of his adult life, and all his criminal convictions arise from his addiction to prescription medications.

6. "While drug addiction cannot afford a basis for a downward departure, it can be factored into the §3553 calculus," United States v. Cani, 545 F. Supp. 2d 1235 1241 (Mid. Dist. Fla. 2008), citing United States v. Garcia, 497 F. 3d 964, 971-72 (9th Cir. 2007).

United States of America v. Jason Paul Davis
Position of Defendant with Respect to Sentencing Factors
Page 2 of 4

7. Whereas the absence of a father figure and lack of guidance cannot be considered as grounds for departure pursuant to §5K2.0(d), it is respectfully submitted that the Court should consider pursuant to 18 U.S.C. §3553(a) the psychological effect of the domestic violence in the Defendant's family. It is respectfully submitted that the reference in paragraph 58 of a domestic violence conviction was when the Defendant intervened in an assault by his step-father on his mother.

8. Paragraph 83 reflects that the Defendant dropped out of school in the sixth grade and all the Defendant's life he has attempted not to be a burden on his family but to be a good provider albeit without good parental skills and with bad choices.

9. Jason Davis and his family respectfully request the understanding and mercy of this Honorable Court.

## CERTIFICATE REQUIRED BY STANDING ORDER

10. The undersigned has attempted to resolve these objections; however this matter will require a hearing. The hearing in this matter should not require more than thirty (30) minutes.

United States of America v. Jason Paul Davis
Position of Defendant with Respect to Sentencing Factors
Page 3 of 4

Respectfully Submitted,

/s/ Paul Brown
Paul D. Brown (BROWP7566)
pdb@law-linc.com
Post Office Box 40456
Mobile, Alabama 36640-0456
251-438-4691

### CERTIFICATE OF SERVICE

This is to certify that on the 5th day of January 2012 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following listed persons. I further certify that I have mailed by United States Postal service the document to the following listed non CM/ECF participants:

Adam Overstreet, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36652
adam.overstreet@usdoj.gov

Jason Paul Davis
(By hand delivery)

Hon. Mark V. Seibert
U.S. Probation Officer
via facsimile

/s/ Paul D. Brown
Paul D. Brown

United States of America v. Jason Paul Davis
Position of Defendant with Respect to Sentencing Factors
Page 4 of 4